AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF   NEVADA

JORGE MIRANDA-RIVAS,

    Petitioner,                              JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:16-cv-00549-MMD-WGC**

HAROLD WICKHAM, et al.,

    Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is dismissed without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed *in forma pauperis*.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied,

  October 19, 2016                               **LANCE S. WILSON**
                                                                  Clerk

                                                           /s/ D. R. Morgan
                                                            Deputy Clerk